(INND Rev. 8/16)                                                                                             page 1

# UNITED STATES DISTRICT COURT -FILED-
# NORTHERN DISTRICT OF INDIANA  AUG 19 2019

[This form is for non-prisoners to file a civil complaint. *NEATLY* print in ink (or type) your answers.]

At ____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIAN

_Eric Zermeno_,

[You are the **PLAINTIFF**, print your full name on this line.]

v.

_Adam Silver_,

[The **DEFENDANT** is who you are suing. Put *ONE* name on this line. List *ALL* defendants below, including this one.]

Case Number  2.19CV 307 JVB-AK

[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is *VERY IMPORTANT* that you include it on *everything* you send to the court for this case. *DO NOT* send more than one copy of anything to the court.]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] Adam Silver, Commisoner National Basketball Association | Scarsdale, New York |
| 2 | [Put the names of any other defendants in these boxes.] | |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant *in a separate box* as shown here.]

1. How many defendants are you suing? _B 1_

2. What is your address? _homeless_

3. What is your telephone number: (_2(5_) _281- 9156_

4. Have you ever sued anyone for these exact same claims?

    ⊙ No.

    ◯ Yes, attached is a copy of the final judgment *OR* an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

(INND Rev. 8/16)

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. NBa was very Foul is disrespect toward merican tribes, authni culture. 2 backin 2000 I can Feel much of Someone trying to build a rap sheet on my Name. 3 Figure out it was much in the Nba 4 I found out I was his look in ther mirrior Started me embaressment he knew all he was to my life was, in gord Nature about my eduction I hold value to my Success-Money a power was his avoidabmy outlook at the year dates Back to 2005 could hear "vibe" that I was going to pay because I had alot scin, for my self. I vibe you will to bitch.

(INND Rev. 8/16)                                                              page 3

Claims and Facts (continued)

I want to sue that
misfit child for 1 billion US dollars.

PRIOR LAWSUITS – Have you ever sued anyone for this exact same event?

◯ No.

◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

RELIEF – If you win this case, what do you want the court to order the defendant to do?

1 billion sounds good teach
him a lesson about a lawyer stands
to his right. Me ERIC Zermene

FILING FEE – Are you paying the filing fee?

◯ Yes, I am paying the $400.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.]

◉ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[Initial Each Statement]

EZ I will keep a copy of this complaint for my records.

EZ I will promptly notify the court of any change of address.

EZ I declare **under penalty of perjury** that the statements in this complaint are true.

_____    _____
Signature                                                            Date

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]